APPLETON & ELDREDGE, INCORPORATED, RESPONDENT,
v. CHARLES McCARTHY ET AL., APPELLANTS.

Argued February 10, 1927—Decided February 6, 1928.

For the respondent, *Samuel Heller.*

For the appellants, *Philip Goodell.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.